United States District Court
District of Massachusetts

| | | |
|---|---|---|
| Malden Transportation, Inc. et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. |
| v. | ) ) | 16-12538-NMG |
| Uber Technologies, Inc., | ) ) | |
| Defendants. | ) ) | |
| Anoush Cab, Inc. et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 17-10142-NMG |
| Uber Technologies, Inc., | ) ) | |
| Defendants. | ) ) | |
| Dot Ave Cab, Inc. et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 17-10180-NMG |
| Uber Technologies, Inc., | ) ) | |
| Defendants. | ) ) | |
| Max Luc Taxi, Inc. et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 17-10316-NMG |
| Uber Technologies, Inc., | ) ) | |
| Defendants. | ) | |

|                                      |                              |
|--------------------------------------|------------------------------|
| Gill & Gill, Inc. et al.,            |                              |
|     Plaintiffs,                      |                              |
|     v.                               | Civil Action No. 16-12651-NMG |
| Uber Technologies, Inc. et al,       |                              |
|     Defendants.                      |                              |
| Sycoone Taxi, Inc. et al.,           |                              |
|     Plaintiffs,                      |                              |
|     v.                               | Civil Action No. 17-10586-NMG |
| Uber Technologies, Inc.,             |                              |
|     Defendants.                      |                              |
| Taxi Maintenance, Inc. et al.,       |                              |
|     Plaintiffs,                      |                              |
|     v.                               | Civil Action No. 17-10598-NMG |
| Uber Technologies, Inc. et al.,      |                              |
|     Defendants.                      |                              |

## ORDER

GORTON, J.

After consideration of the memoranda in support of and opposition to the pending motions to consolidate and after oral argument regarding those motions, the Court finds that the above-captioned actions involve common questions of law and fact and that their consolidation will serve the interests of judicial economy and efficiency. Accordingly, the above-

captioned actions are hereby consolidated into Civil Action No. 16-12538-NMG for the purposes of discovery and dispositive motions, if any. The Court reserves its decision with respect to consolidation for trial.

Defendant is directed to file its motion to dismiss addressing all claims alleged in the consolidated actions on or before Friday, October 20, 2017. Its memorandum in support is not to exceed 25 pages. Defendant's counsel may also file a separate memorandum in support of the motion to dismiss of the two individual defendants, not to exceed 10 pages. Plaintiffs' combined opposition to defendants' motions to dismiss shall be filed on or before Friday, November 17, 2017 and shall not exceed 50 pages. This Court will issue a decision with respect to the motions to dismiss no later than December 31, 2017.

Counsel for the various plaintiffs in the combined actions shall consult and submit to this Court a proposal for coordination of the prosecution of such actions on or before Friday, October 20, 2017. The proposal will include plans to ensure the protection against disclosure of sensitive and confidential information.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated October 5, 2017