## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MALDEN TRANSPORTATION, INC. et al,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　　　　Defendant. | C.A. No.  1:16-cv-12538-NMG<br><br>consolidated with:<br>C.A. No. 1:16-cv-12651-NMG;<br>C.A. No. 1:17-cv-10142-NMG;<br>C.A. No. 1:17-cv-10180-NMG;<br>C.A. No. 1:17-cv-10316-NMG;<br>C.A. No. 1:17-cv-10598-NMG; and<br>C.A. No. 1:17-cv-10586-NMG |

## DEFENDANTS TRAVIS KALANICK AND GARRETT CAMP'S
## MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), Defendants Travis Kalanick and Garrett Camp ("Defendants") hereby move to dismiss the complaint in *Taxi Maintenance v. Uber Technologies, Inc.*, C.A. No. 17-cv-10598-NMG, which has been consolidated under *Malden Transportation, Inc. v. Uber Technologies, Inc.*, C.A. No. 16-cv-12538-NMG.  A memorandum of law in support accompanies this motion.  For the reasons stated in the memorandum, Defendants request that the Court allow its motion to dismiss.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants request a hearing on this motion.  Defendants believe that oral argument will assist the Court in resolving the issues presented in this motion.

Date: October 20, 2017

Respectfully submitted,

GARRETT CAMP,
By his attorneys,


/s/ Michael N. Sheetz

Michael N. Sheetz (BBO No. 548776)
Adam S. Gershenson (BBO No. 671296)
Timothy W. Cook (BBO No. 688688)
Cooley LLP
500 Boylston Street
Boston, MA  02116
Tel: (617) 937-2300
Fax: (617) 937-2400
msheetz@cooley.com
agershenson@cooley.com
tcook@cooley.com


Beatriz Mejia (*pro hac vice*)
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Tel.: (415) 693-2000
Fax: (415)693-2222
mejiab@cooley.com

TRAVIS KALANICK

By his attorneys,

s/ Walter F. Brown

Walter F. Brown (*pro hac vice*)
Melinda Haag (*pro hac vice*)
Robin A. Linsenmayer (*pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
Tel.:  (415) 773-5700
Fax:  (415) 773-5759
wbrown@orrick.com
mhaag@orrick.com
rlinsenmayer@orrick.com

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

I, Timothy W. Cook, hereby certify that pursuant to Local Rule 7.1(a)(2), counsel for Defendant Camp conferred in good faith with counsel for Plaintiffs in an effort to resolve or narrow the issues presented in this motion.

<u>/s/ Timothy W. Cook</u>

## **CERTIFICATE OF SERVICE**

I, Timothy W. Cook, hereby certify that on this 20th day of October 2017 the foregoing motion, filed through the ECF system, will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

<u>/s/ Timothy W. Cook</u>