## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MALDEN TRANSPORTATION, INC. et al,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., and RASIER, LLC<br>Defendant. | C.A. No. 1:16-cv-12538-NMG<br>consolidated with:<br>C.A. No. 1:16-cv-12651-NMG;<br>C.A. No. 1:17-cv-10142-NMG;<br>C.A. No. 1:17-cv-10180-NMG;<br>C.A. No. 1:17-cv-10316-NMG;<br>C.A. No. 1:17-cv-10598-NMG; and<br>C.A. No. 1:17-cv-10586-NMG |

## STIPULATION REGARDING PLAINTIFFS' MOTION TO AMEND COMPLAINTS; TO ESTABLISH MOTION TO DISMISS BRIEFING SCHEDULE AND TO EXTEND TIME FOR DEFENDANTS TO ANSWER THE AMENDED COMPLAINTS

All of the Parties to these consolidated actions, through their respective counsel, subject to the approval of the Court, hereby stipulate and agree as follows:

1.      On January 26, 2018, this Court extended to March 12, 2018 the date by which Defendants were to answer Plaintiffs' complaints. ECF 99 and 100.

2.      On February 9, 2018, Plaintiffs filed Plaintiffs' Motion for Leave to Amend Each of the Complaints in the Above Consolidated Actions, ECF 101 (the "Motion to Amend").

3.      Defendants Uber Technologies, Inc. and Rasier LLC do not oppose Plaintiffs' Motion to Amend and hence do not oppose the Court's allowance of the Motion to Amend.

4.      Defendants will not be filing motions to dismiss any of the claims in the following amended complaints: *Gill & Gill v. Uber Technologies* C.A. No. 1:16-cv-12651-NMG, *Anoush v. Uber Technologies* C.A. No. 1:17-cv-10142-NMG and *Sycoone v. Uber Technologies* C.A. No. 1:17-cv-10586-NMG.

5.    Defendants intend to file a partial motion to dismiss the following amended complaints: *Malden Transportation, Inc., et al.*, No. 16-cv-12538; *Dot Ave Cab, Inc., et al.*, No. 17-cv-10180; *Max Luc Taxi, Inc., et al.*, No. 17-cv-10316; and *Taxi Maintenance, Inc., et al.*, No. 17-cv-10598.  Defendants will file one omnibus motion to dismiss and memorandum with respect to those four complaints.

6.    Defendants will file their motion to dismiss on or before March 12, 2018.

7.    Plaintiffs' single, omnibus opposition to Defendants' motion to dismiss shall be due April 9, 2018.

8.    Defendants reserve the right to file a motion seeking leave to file a reply brief. Plaintiffs reserve the right to oppose that motion.

9.    Defendants will answer the amended complaints in all of these actions: *Malden Transportation, Inc., et al.*, No. 16-cv-12538; *Gill & Gill, Inc.*, No. 16-cv-12651; *Anoush Cab, Inc.*, No. 17-cv-10142; *Dot Ave Cab, Inc., et al.*, No. 17-cv-10180; *Max Luc Taxi, Inc., et al.*, No. 17-cv-10316; *Sycoone Taxi, Inc.*, No. 17-cv-10586; and *Taxi Maintenance, Inc., et al.*, No. 17-cv-10598, within 28 days after this Court's decision on Defendants' motion to dismiss.

10.    Good cause exists for this briefing schedule and extension because it will enable the Parties to streamline briefing on the motion to dismiss, and maintain a consistent schedule for answering the amended complaints.

11.    The scheduling set forth herein will not change any of the other deadlines established by the Court for these consolidated actions.

12.    All Parties have conferred and agree that the Court should approve this stipulation.

2

Dated: February 20, 2018

/s/ Edward F. Haber
Edward F. Haber (BBO# 215620)
Michelle H. Blauner (BBO# 549049)
Patrick J. Vallely (BBO# 663866)
**Shapiro Haber & Urmy LLP**
Two Seaport Lane
Boston, MA 02210
Telephone:  (617) 439-3939
Facsimile:  (617) 439-0134
ehaber@shulaw.com
mblauner@shulaw.com
pvallely@shulaw.com

*Attorneys for Plaintiffs in Anoush*


/s/ Christopher G. Timson
Christopher G. Timson (BBO #553120)
**Law Offices of Christopher G. Timson, P.C.**
89 Access Road, Suite 21
Norwood, MA 02062
Telephone: (781) 551-8900
ctimson@timsonlaw.com
cgt@timsonlaw.com

*Attorneys for Plaintiffs in Gill & Gill and Sycoone*

/s/ Thomas C. O'Konski
Thomas C. O'Konski (BBO# 378265)
Paul J. Hayes (BBO# 227000)
Daniel McGonagle (BBO# 690084)
**Prince Lobel Tye LLP**
One International Place
Suite 3700
Boston, MA 02110
Telephone: (617) 456-8000
tokonski@princelobel.com
phayes@princelobel.com
dmcgonagle@princelobel.com

*Attorneys for Plaintiffs in Malden, Dot, and Max Luc*


/s/ Darin M. Colucci
Darin M. Colucci (BBO #563232)
Brendan R. Pitts (BBO #673308)
**Colucci, Colucci, Marcus & Flavin, P.C.**
424 Adams Street
Milton, MA 02186
Telephone: (617) 698-6000
darin@coluccilaw.com
bpitts@coluccilaw.com

*Attorneys for Plaintiffs in Taxi Maintenance*


/s/ Michael N. Sheetz
Michael N. Sheetz (BBO No. 548776)
Adam S. Gershenson (BBO No. 671296)
COOLEY LLP
500 Boylston St.
Boston, MA 02116
Tel.: (617) 937-2300
Fax: (617) 937-2400
msheetz@cooley.com
agershenson@cooley.com

John C. Dwyer *(pro hac vice)*
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Tel.: (650) 843-5000
Fax: (650) 849-7400
dwyerjc@cooley.com

Beatriz Mejia *(pro hac vice)*
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Tel.: (415) 693-2000
Fax: (415) 693-2222
mejiab@cooley.com

*Attorneys for Uber Technologies, Inc. and
Rasier LLC*

So Ordered:

Nathaniel M. Gorton                2/23/18

4

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 20th day of February 2018 this document, filed

through the ECF system, will be sent electronically to the registered participants on the Notice of

Electronic Filing and paper copies will be sent to any non-registered participants.


/s/ Michael Sheetz