## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MALDEN TRANSPORTATION, INC. et al, <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC. and RASIER, LLC, <br><br> Defendants. | C.A. No.  1:16-cv-12538-NMG <br><br> consolidated with: <br> C.A. No. 1:16-cv-12651-NMG; <br> C.A. No. 1:17-cv-10142-NMG; <br> C.A. No. 1:17-cv-10180-NMG; <br> C.A. No. 1:17-cv-10316-NMG; <br> C.A. No. 1:17-cv-10598-NMG; and <br> C.A. No. 1:17-cv-10586-NMG |

### DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC'S ANSWER TO PLAINTIFF TAXI MAINTENANCE, INC.'S THIRD AMENDED COMPLAINT

Defendants Uber Technologies, Inc. and Rasier, LLC (collectively, "Uber") answers the amended complaint as follows.

### INTRODUCTION

1.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber denies the allegations.

2.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

3.     Uber denies the allegations set forth in this paragraph.

4.     Uber denies the allegations set forth in this paragraph.

### Subject Matter Jurisdiction

5.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber does not contest subject-matter jurisdiction for the purposes of this lawsuit at this time.

6.      The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber does not contest subject-matter jurisdiction for the purposes of this lawsuit at this time.

7.      Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in subclause (a) in this paragraph and therefore denies the same.  Uber admits the allegations set forth in subclause (b) in this paragraph.  Uber denies the allegations set forth in subclause (c) in this paragraph.  The remaining allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber does not contest subject-matter jurisdiction for the purposes of this lawsuit at this time.

**Personal Jurisdiction**

8.      The allegations in this paragraph contain legal conclusions to which no response is required.  Answering further, Uber denies the allegations set forth in this paragraph to the extent they allege that Uber has "operated a transportation-for-hire or 'ride-hailing service' business in the City of Boston and other municipalities of the Commonwealth of Massachusetts."  To the extent a response is required, Uber does not contest personal jurisdiction for the purposes of this lawsuit, but it denies the remaining allegations.

9.      The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber does not contest personal jurisdiction for the purposes of this lawsuit, but it denies the remaining allegations.

10.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber does not contest personal jurisdiction for the purposes of this lawsuit.

11.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber does not contest personal jurisdiction for the purposes of this lawsuit.

## Venue

12.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber does not contest venue for the purposes of this lawsuit.

## Parties

13.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

14.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

15.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

16.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

17.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

18.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

19.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

20. Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

21. Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

22. Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

23. Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

24. Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

25. Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

26. Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

27. Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

28. Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

29. Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

30. Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

31.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

32.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

33.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

34.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

35.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

36.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

37.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

38.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

39.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

40.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

41.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

42.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

43.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

44.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

45.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

46.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

47.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

48.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

49.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

50.     Uber admits the allegations set forth in this paragraph.

51.     Uber admits the allegations set forth in the first sentence of this paragraph.  Uber admits that Rasier, LLC's sole member is Uber Technologies, Inc., and that Francois Chadwick is one of Rasier, LLC's managers, but otherwise denies the allegations in the second sentence.

**Factual Allegations**

52.     Uber admits that the taxi industry regulations exist, including statutes, municipal rules, and ordinances.  The taxi industry regulations speak for themselves, and Uber denies the allegations to the extent they are inconsistent with those regulations.

53.     Uber admits that M.G.L. c. 40, § 22 and M.G.L. c. 159 exist.  M.G.L. c. 40, § 22 and M.G.L. c. 159 speak for themselves, and Uber denies the allegations to the extent they are inconsistent with those statutes.

54.     Uber admits that Rule 403 exists.  Rule 403 speaks for itself, and Uber denies the allegations to the extent they are inconsistent with Rule 403.

55.     Uber admits that this paragraph quotes an excerpt of Rule 403.  Rule 403 speaks for itself, and Uber denies all contrary characterizations.

56.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber denies the allegations.

57.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber denies the allegations.

58.     Uber admits that City of Cambridge Ordinance, c. 5.20 exists.  City of Cambridge Ordinance, c. 5.20 speaks for itself, and Uber denies the allegations to the extent they are inconsistent with City of Cambridge Ordinance, c. 5.20.

59.     Uber admits that it does not own any taxis.  Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in the first sentence of this paragraph because Plaintiffs do not define "interstate transportation service" or "'ride-hailing' vehicles," and Uber therefore denies the same.  Uber denies the remaining allegations set forth in this paragraph.

60.     Uber admits that it licenses and operates a software application that connects ride-seeking passengers with independent transportation providers, but otherwise denies the allegations set forth in this paragraph.

61.     Uber admits that multiple service options are available through the Uber App and that UberSUV, UberBLACK, UberTaxi, and UberX are some of those options. Uber denies the remaining allegations set forth in this paragraph.

62.     Uber admits a user may arrange for a ride from an independent transportation provider through the Uber App. Uber admits that multiple service options are available through the Uber App and that UberSUV, UberBLACK, UberTaxi, and UberX are some of those options. Uber denies the remaining allegations set forth in this paragraph.

63.     Uber admits that multiple service options are available through the Uber App, but otherwise denies the allegations set forth in this paragraph.

64.     Uber admits that it licenses and operates a software application that connects ride-seeking passengers with independent transportation providers, but otherwise denies the allegations set forth in the first sentence of this paragraph.

65.     Uber denies the allegations set forth in this paragraph.

66.     Uber denies the allegations set forth in this paragraph.

67.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber denies the allegations.

68.     Uber denies the allegations set forth in this paragraph.

69.     Uber denies the allegations set forth in this paragraph.

70.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber denies the allegations.

71.     Uber admits that it began operating in Boston in 2011.  Answering further, Uber submits that its website speaks for itself, and denies all contrary characterizations.

72.     Uber admits that in 2013 it promoted UberX in Boston, and denies all remaining allegations in this paragraph.

73.     Uber denies the allegations set forth in the first sentence of this paragraph, but admits that an UberX may cost less than UberBLACK and UberSUV.  The allegations in the second sentence of this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.  Uber denies the remaining allegations set forth in this paragraph.

74.     The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.  To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

75.     The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.  To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

76.     Uber denies the allegations set forth in this paragraph.

77.     Uber denies the allegations in the first sentence set forth in this paragraph.  The remaining allegations in this paragraph purport to characterize out-of-context fragments of statements made by Mr. Kalanick.  Uber denies the remaining allegations in this paragraph to the extent they are inconsistent with Mr. Kalanick's statements considered in full and in their proper context.

78.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in the first sentence of this paragraph and therefore denies the same.  The remaining allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber denies the allegations.

79.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber denies the allegations.

80.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber denies the allegations.

81.     Uber denies the allegations in this paragraph.  To the extent some of the allegations in this paragraph purport to characterize documents that speak for themselves, Uber denies those allegations to the extent they are inconsistent with those documents.

82.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber denies the allegations.

83.     Uber admits that a user may arrange for a ride through the Uber App, but denies the remaining allegations set forth in in this paragraph.

84.     Uber denies the allegations in this paragraph.  To the extent some of the allegations in this paragraph purport to characterize out-of-context snippets of prior statements that speak for themselves, Uber denies those allegations to the extent they are inconsistent with those statements when considered in full and in their proper context.

85.     Uber admits that this paragraph quotes an excerpt of the Vehicle for Hire Ordinance, and submits that the document speaks for itself and denies all contrary characterizations.

86.     The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber denies the allegations.

87.     The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.  To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations. To the extent a further response is required, Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

88.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

89.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

90.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

91.     Uber denies the allegations set forth in this paragraph.

92.     Uber denies the allegations set forth in the first sentence of this paragraph.  The remaining allegations in this paragraph purport to characterize out-of-context fragments of statements made by Uber's former CEO, Mr. Kalanick.  Uber denies that any of the quoted statements "make clear" that Uber's "goal" was "to eliminate the legal taxi industry by disregarding laws regulating vehicles for hire and using an anti-competitive pricing model."  Uber further denies the allegations in this paragraph to the extent they are inconsistent with Mr. Kalanick's statements considered in full and in their proper context.

93.     The allegations in this paragraph purport to characterize an out-of-context sentence of a statement made by Mr. Kochman.  Uber denies the allegations in this paragraph to the extent they are inconsistent with Mr. Kochman's statement considered in full and in its proper context.

94.     Uber denies the allegations set forth in this paragraph.

95.     Uber admits that payments were made in certain situations on a case by case basis to drivers in response to requests relating to citations.  Uber denies the remaining allegations set forth in this paragraph.

96.     The allegations in this paragraph purport to characterize a prior statement made by Uber.  Uber denies the remaining allegations in this paragraph to the extent they are inconsistent with Uber's statement considered in full and in its proper context.

97.     Uber admits that the Boston Taxi Rules exist. The allegations in this paragraph purport to summarize and characterize the Boston Taxi Rules, which speak for themselves.  Uber denies the allegations in this paragraph to the extent they are inconsistent with the Boston Taxi Rules, and denies all remaining allegations.

98.     Uber denies the allegations set forth in the first two sentences of this paragraph. The remaining allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the remaining allegations in this paragraph to the extent they are inconsistent with that document.  To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

99.     Uber admits that riders are able to rate drivers using a five-star rating system.  The remaining allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the allegations in this paragraph to the extent they are inconsistent

with that document.  To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

100.    Uber admits that riders are able to rate drivers using a five-star rating system.  The remaining allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.  To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

101.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.  To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

102.    Uber admits that Rule 403 exists.  Rule 403 speaks for itself, and Uber denies the allegations to the extent they are inconsistent with Rule 403.

103.    Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies the same.

104.    Uber admits that riders are able to rate drivers using a five-star rating system.  Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph because Plaintiffs do not define "conventional driver's license and insurance" and therefore denies the same.  Uber denies the remaining allegations set forth in this paragraph.

105.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber submits that the Taxi Rules speak for themselves and denies all contrary characterizations.

106.    The allegations in this paragraph contain legal conclusions to which no response is required.   To the extent a response is required, Uber submits that the Taxi Rules speak for themselves and denies all contrary characterizations.

107.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber denies the allegations.

108.    The allegations in this paragraph contain legal conclusions to which no response is required.   To the extent a response is required, Uber submits that the Taxi Rules speak for themselves and denies all contrary characterizations.

109.    Uber denies the allegations set forth in this paragraph.

110.    Uber denies the allegations set forth in this paragraph.

111.    The allegations in this paragraph contain legal conclusions to which no response is required.   To the extent a response is required, Uber submits that the Taxi Rules speak for themselves and denies all contrary characterizations.

112.    The allegations in this paragraph contain legal conclusions to which no response is required.   To the extent a response is required, Uber submits that the Taxi Rules speak for themselves and denies all contrary characterizations.

113.    Uber denies the allegations set forth in this paragraph.

114.    Uber admits that pricing may vary but otherwise denies the allegations set forth in this paragraph.

115.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber denies the allegations.  To the extent the allegations in this paragraph purport to characterize a document or rule that speaks for itself, Uber denies the allegations to the extent they are inconsistent with that document or rule.

14

116.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber admits that Rule 403 exists. The allegations in this paragraph purport to summarize and characterize Rule 403, which that speaks for itself. Uber denies the allegations in this paragraph to the extent they are inconsistent with Rule 403, and denies all remaining allegations.  To the extent a further response is required, Uber denies the allegations.

117.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber denies the allegations.

118.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber denies the allegations.

119.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber denies the allegations.

120.    Uber admits that it provides a smart phone application that can be used to request transportation services from independent transportation providers.  The remaining allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber denies the allegations.

121.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber denies the allegations.

122.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber denies the allegations.

123.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the allegations in this paragraph to the extent they are

inconsistent with that document.  To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

124.    Uber denies the allegations set forth in this paragraph.

125.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.  To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

126.    Uber admits that it launched UberX in Boston in 2013 but otherwise denies the allegations set forth in this paragraph.

127.    Uber admits that it launched UberX in Boston in 2013 and that UberX is generally less expensive than UberBLACK but otherwise denies the allegations set forth in the first sentence of this paragraph.  Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding taxicab rates and therefore denies the same.  The remaining allegations in this paragraph purport to characterize out of context fragments of prior statements made by Uber.  Uber denies the remaining allegations in this paragraph to the extent they are inconsistent with those prior statements when considered in full and in their proper context. To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

128.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.  To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

129.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the allegations in this paragraph to the extent they

are inconsistent with that document.  To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

130.    Uber denies the allegations set forth in this paragraph.

131.    Uber denies the allegations set forth in this paragraph.

132.    Uber denies the allegations set forth in this paragraph.

133.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.  To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

134.    Uber denies the allegations set forth in this paragraph.

135.    Uber denies the allegations set forth in this paragraph.

136.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.  To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

137.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.  To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

138.    Uber denies the allegations set forth in this paragraph.

139.    Uber denies the allegations set forth in this paragraph.

140.    Uber denies the allegations set forth in this paragraph.

141.    Uber denies the allegations set forth in this paragraph.

142.     Uber denies the allegations set forth in this paragraph.

143.     Uber denies the allegations set forth in this paragraph.

144.     Uber denies the allegations set forth in this paragraph.

145.     Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph because Plaintiffs do not define "principal source of revenue" and therefore denies the same.

146.     The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.   Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.

147.     The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.   Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.

148.     The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.   Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.

149.     The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.   Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.

150.     The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.   Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.

151.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.   Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.

152.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.   Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.

153.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.   Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.

154.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.   Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.

155.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.   Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.

156.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.   Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.

157.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.   Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.

158.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.   Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.

159.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.   Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.

160.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.   Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.

161.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.   Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.

162.    Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph because Plaintiffs do not define "variable costs," and Uber therefore denies the same.

163.    Uber denies the allegations set forth in this paragraph.

164.    Uber denies the allegations set forth in this paragraph.

165.    Uber denies the allegations set forth in this paragraph.

166.    Uber denies the allegations set forth in this paragraph.

167.    Uber denies the allegations set forth in this paragraph.

168.    Uber denies the allegations set forth in this paragraph.

169.   Uber lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in the first sentence of this paragraph and therefore denies the same.  Uber denies the remaining allegations set forth in this paragraph.

170.   Uber denies the allegations set forth in this paragraph.

171.   Uber denies the allegations set forth in this paragraph.

172.   Uber denies the allegations set forth in this paragraph.

173.   Uber denies the allegations set forth in this paragraph.

174.   Uber denies the allegations set forth in this paragraph.

175.   Uber denies the allegations set forth in this paragraph.

176.   Uber denies the allegations set forth in this paragraph.

177.   Uber denies the allegations set forth in this paragraph.

178.   Uber denies the allegations set forth in this paragraph.

179.   Uber denies the allegations set forth in this paragraph.

180.   The allegations in this paragraph purport to characterize out of context fragments of prior statements.  Uber denies the allegations in this paragraph to the extent they are inconsistent with those prior statements when considered in full and in their proper context.

181.   The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.

182.   Uber denies the allegations set forth in this paragraph.

183.   The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the allegations in this paragraph to the extent they are

inconsistent with that document.  To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

184.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.  To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

185.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.  To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

186.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.  To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

187.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.  To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

188.    The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.  Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.  To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

189.     The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.   Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.   To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

190.     The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.   Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.   To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

191.     The allegations in this paragraph purport to characterize a document (or documents) that speaks for itself.   Uber denies the allegations in this paragraph to the extent they are inconsistent with that document.   To the extent this paragraph contains allegations not related to the cited document, Uber denies the allegations.

192.     Uber denies the allegations set forth in this paragraph.

193.     The allegations in this paragraph contain legal conclusions to which no response is required.   To the extent a response is required, Uber denies the allegations.

194.     Uber admits that it provides a smart phone application.   Uber admits that the application can be used to request transportation services from independent transportation providers.   Uber admits a user may request different transportation products, including Uber SUV, UberBLACK, UberXL, and UberX through the Uber App.   Uber denies the remaining allegations set forth in this paragraph.

195.     Uber denies the allegations set forth in this paragraph.

196.     Uber denies the allegations set forth in this paragraph.

197.     Uber denies the allegations set forth in this paragraph.

198.    Uber denies the allegations set forth in this paragraph.

199.    Uber denies the allegations set forth in this paragraph.

200.    Uber denies the allegations set forth in this paragraph.

201.    The allegations in this paragraph purport to characterize and summarize a document that speaks for itself.  Uber denies the remaining allegations in this paragraph to the extent they are inconsistent with that document.

202.    The allegations in this paragraph purport to characterize and summarize a document that speaks for itself.  Uber denies the remaining allegations in this paragraph to the extent they are inconsistent with that document.

203.    Uber denies the allegations set forth in this paragraph.

204.    The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Uber denies the allegations.

205.    Uber denies the allegations set forth in this paragraph.

**COUNT ONE**
**(Unfair and Deceptive Trade Practices – All Defendants)**

206.    Uber incorporates the answers of Paragraphs 1-205 of this Answer.

207.    Uber denies the allegations set forth in this paragraph.

208.    Uber denies the allegations set forth in this paragraph.

209.    Uber denies the allegations set forth in this paragraph.

210.    Uber denies the allegations set forth in this paragraph.

211.    Uber denies the allegations set forth in this paragraph.

212.    Uber denies the allegations set forth in this paragraph.

**COUNT TWO**
**(Common Law Unfair Competition – All Defendants)**

213.    Uber incorporates the answers of Paragraphs 1-212 of this Answer.

214.    Uber denies the allegations set forth in this paragraph.

215.    Uber denies the allegations set forth in this paragraph.

216.    Uber denies the allegations set forth in this paragraph.

## COUNT III
### (Aiding And Abetting The Violations Of M.G.L. C. 93a, §2 And Unfair Competition By Uber Drivers – All Defendants)

217.    Uber incorporates the answers of Paragraphs 1-216 of this Answer.

218.    Uber denies the allegations set forth in this paragraph.

219.    Uber denies the allegations set forth in this paragraph.

220.    Uber denies the allegations set forth in this paragraph.

221.    Uber denies the allegations set forth in this paragraph.

222.    Uber denies the allegations set forth in this paragraph.

223.    Uber denies the allegations set forth in this paragraph.

224.    Uber denies the allegations set forth in this paragraph.

225.    Uber denies the allegations set forth in this paragraph.

226.    Uber denies the allegations set forth in this paragraph.

## COUNT IV
### (Civil Conspiracy – All Defendants)

227.    Uber incorporates the answers of Paragraphs 1-226 of this Answer.

228.    Uber denies the allegations set forth in this paragraph.

229.    Uber denies the allegations set forth in this paragraph.

230.    Uber denies the allegations set forth in this paragraph.

231.    Uber denies the allegations set forth in this paragraph.

## COUNT FIVE
### (Restraint of Trade or Commerce and Unfair Competition – G.L. 93 §§ 4 and 5 – All Defendants)

232.    Uber incorporates the answers of Paragraphs 1-231 of this Answer.

233.    This count has been dismissed and no response is required.  To the extent a response is required, Uber denies the allegations set forth in this paragraph.

234.    This count has been dismissed and no response is required.  To the extent a response is required, Uber denies the allegations set forth in this paragraph.

235.    This count has been dismissed and no response is required.  To the extent a response is required, Uber denies the allegations set forth in this paragraph.

236.    This count has been dismissed and no response is required.  To the extent a response is required, Uber denies the allegations set forth in this paragraph.

237.    This count has been dismissed and no response is required.  To the extent a response is required, Uber denies the allegations set forth in this paragraph.

238.    This count has been dismissed and no response is required.  To the extent a response is required, Uber denies the allegations set forth in this paragraph.

## COUNT SIX
### (Monopolization – Sherman Antitrust Act, 15 U.S.C. § 2 – All Defendants)

239.    Uber incorporates the answers of Paragraphs 1-238 of this Answer.

240.    This count has been dismissed and no response is required.  To the extent a response is required, Uber denies the allegations set forth in this paragraph.

241.    This count has been dismissed and no response is required.  To the extent a response is required, Uber denies the allegations set forth in this paragraph.

242.    This count has been dismissed and no response is required.  To the extent a response is required, Uber denies the allegations set forth in this paragraph.

243.    This count has been dismissed and no response is required.  To the extent a response is required, Uber denies the allegations set forth in this paragraph.

244.    This count has been dismissed and no response is required.  To the extent a response is required, Uber denies the allegations set forth in this paragraph.

245.    This count has been dismissed and no response is required.  To the extent a response is required, Uber denies the allegations set forth in this paragraph.

## AFFIRMATIVE DEFENSES

**Affirmative Defense No. 1.**  Plaintiffs fail to state a claim upon which relief can be granted.

**Affirmative Defense No. 2.**  Plaintiffs' claims are barred in whole or in part by the applicable statute of limitations.

**Affirmative Defense No. 3.**  Plaintiffs' claims are barred in whole or in part by the doctrine of waiver.

**Affirmative Defense No. 4.**  Plaintiffs' claims are barred in whole or in part by the doctrine of estoppel.

**Affirmative Defense No. 5.**  Plaintiffs' claims are barred in whole or in part by the doctrine of laches.

**Affirmative Defense No. 6.**  Plaintiffs' claims are barred in whole or in part because Plaintiffs have not suffered any damages.

**Affirmative Defense No. 7.**  Plaintiffs' alleged damages, if any, were not proximately caused by Uber.

**Affirmative Defense No. 8.**  The acts and practices of persons or entities not associated with Uber, and ongoing economic events, constitute intervening and superseding cases of the alleged harm, if any, suffered by Plaintiffs.

**Affirmative Defense No. 9.**  Plaintiffs' claims are barred in whole or in part because Plaintiffs failed to mitigate damages.

**Affirmative Defense No. 10.** Plaintiffs' claims are barred in whole or in part because Plaintiffs' damages, if any, were caused by Plaintiffs' own actions.

**Affirmative Defense No. 11.** Plaintiffs' claims are barred in whole or in part because Uber's transactions or actions were permitted under laws as administered by a regulatory board or officer acting under statutory authority of the commonwealth of Massachusetts or the United States.

**Affirmative Defense No. 12.** Plaintiffs' claims are barred in whole or in part because Uber's alleged conduct was not immoral, unethical, oppressive, or unscrupulous.

**Affirmative Defense No. 13.** Plaintiffs' claims are barred in whole or in part because Uber's alleged conduct does not cause harm to competition.

**Affirmative Defense No. 14.** Plaintiffs' claims are barred in whole or in part because Uber's alleged transactions did not occur primarily and substantially within Massachusetts.

**Affirmative Defense No. 15.** Plaintiffs' claims are barred in whole or in part by the doctrine of preemption.

**Affirmative Defense No. 16.** Plaintiffs' claims are barred in whole or in part because the municipal rules, regulations, and ordinances Plaintiffs seek to enforce do not apply to Uber.

**Affirmative Defense No. 17.** Plaintiffs' claims are barred in whole or in part because Plaintiffs lack standing to enforce municipal rules, regulations, and ordinances.

**Affirmative Defense No. 18.** Plaintiffs' claims are barred in whole or in part because they seek to enforce an interpretation of ambiguous municipal rules, regulations, and ordinances not yet interpreted by the applicable regulatory authority.

**Affirmative Defense No. 19.** Plaintiffs' claims are barred in whole or in part because of the doctrine of unclean hands.

**Affirmative Defense No. 20.** Uber reserves the right to raise additional affirmative defenses that may become available or apparent during discovery and other pre-trial proceedings.

Dated:  July 16, 2018

Respectfully submitted,

UBER TECHNOLOGIES, INC. and
RASIER, LLC

By their attorneys,

*/s/ Michael N. Sheetz*
Michael N. Sheetz (BBO No. 548776)
Adam S. Gershenson (BBO No. 671296)
Timothy W. Cook (BBO No. 688688)
Cooley LLP
500 Boylston St.
Boston, MA 02116
Tel.: (617) 937-2300
Fax: (617) 937-2400
msheetz@cooley.com
agershenson@cooley.com
tcook@cooley.com

Beatriz Mejia (*pro hac vice*)
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Tel.: (415) 693-2000
Fax: (415) 693-2222
mejiab@cooley.com

## <u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that on this 16th day of July, 2018 this document filed

through the ECF system, will be sent electronically to the registered participants on the Notice of

Electronic Filing and paper copies will be sent to any non-registered participants.

/s/ Timothy W. Cook_____