UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Malden Transportation, Inc. et al
    Plaintiff

CIVIL ACTION NO. 1:16-cv-12538-NMG

Uber Technologies, Inc. et al
    Defendant

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

To: Judge Gorton

[ ]    The parties reported this case as settled prior to the mediation

**[X]**    **On 10/25/2018 I held the following ADR proceeding:**

| | | | |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| ___X___ | MEDIATION | _____ | SUMMARY BENCH / JURY TRIAL |
| _____ | MINI-TRIAL | _____ | SETTLEMENT CONFERENCE |

All parties were represented by counsel.

The case was:

[ ]    The underlying case has been settled.

**[X]**    **There was progress, but this case should be restored to your trial list. Undersigned remains available to reconvene and mediate this case at the request of counsel.**

[ ]    Parties do not wish to mediate. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

10/26/2018                                                  /s/ Marianne B. Bowler, USMJ
DATE                                                               ADR Provider