# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Malden Transportation, Inc., et. al., | C.A. No. 1:16-cv-12538-NMG |
| Plaintiffs, | consolidated with: |
| v. | C.A. No. 1:16-cv-12651-NMG<br>C.A. No. 1:17-cv-10142-NMG |
| Uber Technologies, Inc., and Rasier, LLC, | C.A. No. 1:17-cv-10180-NMG<br>C.A. No. 1:17-cv-10316-NMG |
| Defendants. | C.A. No. 1:17-cv-10598-NMG<br>C.A. No. 1:17-cv-10586-NMG |

## ANOUSH PLAINTIFFS' MOTION FOR
## A ONE WEEK POSTPONEMENT OF THE TRIAL DATE

The Plaintiffs in the above referenced action (the "Anoush Plaintiffs") respectfully move this Court to postpone the commencement of the trial of this action for one week, from July 15, 2019 to July 22, 2019. And in support of this motion, Plaintiffs say as follows:

Pursuant to this Court's October 5, 2017 Order, this case was scheduled for trial on Monday, June 3, 2019 (ECF 50). On May 27, 2019, this Court entered an Order postponing the trial of this action until Monday, July 15, 2019 and rescheduling the Pre-trial Conference for Wednesday, July 10, 2019. (ECF 526).

As explained herein and in the Declaration of Edward F. Haber, filed herewith, the newly scheduled July 15, 2019 trial date creates an untenable personal conflict for the Plaintiffs' lead lawyer, Edward F. Haber. Attorney Haber's son's wedding will be on Saturday, July 13, 2019. Attorney Haber and his wife are hosting the wedding, which will have over 100 guests in attendance, at their home. There will also be wedding related events on both Friday, July 12 and Sunday, July 14, that Attorney Haber and his wife are also hosting. Haber Decl., ¶¶3-11.

1

In addition to attorney Haber's conflict, attorney Michelle Blauner, who has overseen this matter throughout discovery, and will be second chairing the trial, will be travelling between July 11 and July 14, 2019 to two out of state family weddings on July 12 (in New York) and July 13 (in Washington, D.C.).  She will be accompanying her 92 year mother, who would be unable to attend the weddings without her assistance.  Declaration of Michelle H. Blauner (Blauner Decl.), ¶¶3-7.

Under these circumstances it would be truly impossible for Attorneys Haber and Blauner to adequately fulfill both their responsibilities to their clients and to their families if the trial of this action were to commence on Monday, July 15.  Haber Decl. ¶11; Blauner Decl. ¶8. By way of example:  There are now pending before the Court 11 Motions in Limine filed by the Plaintiffs; and 11 Motions in Limine filed by the Defendants.  Plaintiffs understand that it is the Court's practice to advise the parties of its rulings on Motions in Limine at the Pre-trial Conference.  Those rulings are likely to have a significant impact on the evidence that the parties will be permitted to offer at trial and the arguments the parties will be permitted to make at trial.  Accordingly, significant work will be required between the Court's rulings at the Pre-trial Conference and the trial, to adjust trial presentation and strategy, in light of the Court's rulings.  That work would have to be done between July 11 and July 14, when both Attorney Haber and Attorney Blauner are not available.

In light of the personal and professional conflicts that the newly established July 15, 2019 trial date presents to their lead lawyers in this case, Plaintiffs respectfully request that this Court postpone the commencement of the trial of this case for one week, until July 22, 2019.  This requested change in the commencement of the trial would eliminate the problem created by the July 15 trial date, and it would not prejudice the defendants in any way.

Dated: June 6, 2019                          Respectfully submitted,

                                             /s/ Edward F. Haber
                                             Edward F. Haber (BBO# 215620)
                                             Michelle H. Blauner (BBO# 549049)
                                             Ian McLoughlin (BBO #647203)
                                             Adam M. Stewart (BBO# 661090)
                                             Patrick J. Vallely (BBO# 663866)
                                             Jonathan F. Dinerstein (BBO# 696004)
                                             Shapiro Haber & Urmy LLP
                                             Two Seaport Lane
                                             Boston, MA 02210
                                             Telephone: (617) 439-3939
                                             Facsimile: (617) 439-0134
                                             ehaber@shulaw.com
                                             mblauner@shulaw.com
                                             imcloughlin@shulaw.com
                                             astewart@shulaw.com
                                             pvallely@shulaw.com
                                             jdinerstein@shulaw.com

                                             Attorneys for the Anoush Plaintiffs

## LOCAL RULES 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), counsel for Anoush Plaintiffs conferred with counsel for Defendants before filing this motion to narrow their disagreements, and those efforts were unsuccessful.

Dated: June 6, 2019                          /s/ Edward F. Haber
                                             Edward F. Haber

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 6, 2019.

                                             /s/ Edward F. Haber
                                             Edward F. Haber