# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Malden Transportation, Inc., et. al., | C.A. No. 1:16-cv-12538-NMG |
| Plaintiffs, | consolidated with: |
| v. | C.A. No. 1:16-cv-12651-NMG |
| | C.A. No. 1:17-cv-10142-NMG |
| Uber Technologies, Inc., and Rasier, LLC, | C.A. No. 1:17-cv-10180-NMG |
| | C.A. No. 1:17-cv-10316-NMG |
| Defendants. | C.A. No. 1:17-cv-10598-NMG |
| | C.A. No. 1:17-cv-10586-NMG |

**This motion is filed only with respect to *Anoush Cab, Inc., et al. v. Uber Technologies, Inc., et al.,* Case No.: 1:17-cv-10142**

## PLAINTIFFS' MOTION FOR A BENCH TRIAL ON THEIR CLAIMS THAT DEFENDANTS VIOLATED, AND AIDED AND ABETTED THE VIOLATION OF, M.G.L. c. 93A

Plaintiffs hereby move pursuant to Federal Rule of Civil Procedure 39(a)(2) for a bench trial on their claim that Uber engaged in unfair practices and competition in violation of G.L. c. 93A by providing unlicensed vehicle for hire services in Boston and surrounding municipalities from June 4, 2013 through August 4, 2016, as well as their claim that Uber aided and abetted Uber drivers in violating c. 93A. As grounds, Plaintiffs rely on their accompanying memorandum of law in support of this motion. For the reasons set forth therein, the Court should conduct a bench trial on Plaintiffs' claim under c. 93A and their claim that Defendants aided and abetted Uber drivers' violations of c. 93A.

Dated: June 10, 2019

Respectfully submitted,

/s/ Edward F. Haber
Edward F. Haber (BBO# 215620)
Michelle H. Blauner (BBO# 549049)
Ian McLoughlin (BBO #647203)
Adam M. Stewart (BBO# 661090)
Patrick J. Vallely (BBO# 663866)
Jonathan F. Dinerstein (BBO# 696004)
Shapiro Haber & Urmy LLP
Two Seaport Lane
Boston, MA 02210
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
ehaber@shulaw.com
mblauner@shulaw.com
imcloughlin@shulaw.com
astewart@shulaw.com
pvallely@shulaw.com
jdinerstein@shulaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I certify that I conferred with counsel for Defendants in an effort to resolve the issues raised in this motion and those efforts were unsuccessful.

/s/ Edward F. Haber
Edward F. Haber

## CERTIFICATE OF SERVICE

I hereby certify that the this document was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 10, 2019.

/s/ Edward F. Haber
Edward F. Haber