## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Malden Transportation, Inc. et. al, <br><br> Plaintiffs, <br><br> v. <br><br> Uber Technologies, Inc. and Rasier, LLC, <br><br> Defendants. | C.A. No. 1:16-cv-12538-NMG <br><br> consolidated with: <br><br> C.A. No. 1:16-cv-12651-NMG; <br> C.A. No. 1:17-cv-10142-NMG; <br> C.A. No. 1:17-cv-10180-NMG; <br> C.A. No. 1:17-cv-10316-NMG; <br> C.A. No. 1:17-cv-10598-NMG; and <br> C.A. No. 1:17-cv-10586-NMG |

*This Status Report is being filed only in connection with: C.A. Nos. 1:16-cv-12538-NMG, 1:16-cv-12651-NMG, 1:17-cv-10180-NMG, 1:17-cv-10316-NMG, 1:17-cv-10598-NMG, and 1:17-cv-10586-NMG*

### JOINT STATUS REPORT REGARDING SETTLEMENT

Plaintiffs in the above actions have reached an agreement in principle with Uber to resolve their claims on a consensual basis. The parties are working out the details of the settlement agreement and hope to execute that agreement in the coming weeks.

June 12, 2019                                                                 Respectfully submitted,

| | |
|---|---|
| /s/ Joseph S. Sano | /s/ Darin M. Colucci |
| Joseph S. Sano (BBO # 545706) | Darin M. Colucci (BBO #563232) |
| Thomas C. O'Konski (BBO# 378265) | Brendan R. Pitts (BBO #673308) |
| Paul J. Hayes (BBO# 227000) | **Colucci, Colucci, Marcus & Flavin, P.C**. |
| **Prince Lobel Tye LLP** | 424 Adams Street |
| One International Place, Suite 3700 | Milton, MA 02186 |
| Boston, MA 02110 | Telephone: (617) 698-6000 |
| Telephone: (617) 456-8000 | darin@coluccilaw.com |
| tokonski@princelobel.com | bpitts@coluccilaw.com |
| phayes@princelobel.com | |
| | *Attorneys for Plaintiffs in Taxi Maintenance* |

*Attorneys for Plaintiffs in Malden, Dot, and Max Luc*

/s/ Christopher G. Timson
Christopher G. Timson (BBO #553120)
**Law Offices of Christopher G. Timson, P.C.**
89 Access Road, Suite 21
Norwood, MA 02062
Telephone: (781) 551-8900
ctimson@timsonlaw.com
cgt@timsonlaw.com

*Attorneys for Plaintiffs in Gill & Gill and Sycoone*


/s/ Michael N. Sheetz
Michael N. Sheetz (BBO #548776)
Adam S. Gershenson (BBO #671296)
Timothy W. Cook (BBO# 688688)
Cooley LLP
500 Boylston Street Boston, MA 02116
Tel.: (617) 937-2300
Fax: (617) 937-2400
msheetz@cooley.com
agershenson@cooley.com
tcook@cooley.com

Beatriz Mejia (*pro hac vice*)
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Tel: (415) 693-2000
Fax: (415) 693-2222
mejiab@cooley.com

*Counsel for Defendants Uber Technologies, Inc. and Rasier, LLC*

**CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that on this 12th day of June, 2019, the foregoing document was filed through the ECF system and will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

                                                 /s/ Julianne Landsvik
                                                 Julianne Landsvik