UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Malden Transportation, Inc., et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>Uber Technologies, Inc., and Rasier, LLC,<br><br>Defendants. | C.A. No. 1:16-cv-12538-NMG<br><br>consolidated with:<br><br>C.A. No. 1:16-cv-12651-NMG<br>C.A. No. 1:17-cv-10142-NMG<br>C.A. No. 1:17-cv-10180-NMG<br>C.A. No. 1:17-cv-10316-NMG<br>C.A. No. 1:17-cv-10598-NMG<br>C.A. No. 1:17-cv-10586-NMG |

**This motion is filed only with respect to *Anoush Cab, Inc., et al. v. Uber Technologies, Inc., et al.,* Case No.: 1:17-cv-10142**

### PLAINTIFFS' WITHDRAWAL OF MOTION FOR A BENCH TRIAL ON THEIR CLAIMS THAT DEFENDANTS VIOLATED, AND AIDED AND ABETTED THE VIOLATION OF, M.G.L. c. 93A

The plaintiffs in the above referenced Anoush Cab, Inc. et. als. v. Uber Technologies, Inc., et. al., No.: 1:17-cv-10142, hereby give notice of the withdrawal, without prejudice, of their Motion for a Bench Trial on Their Claims That Defendants Violated, and Aided and Abetted the Violation of, M.G.L. c. 93A (ECF Dkt. 538). Plaintiffs withdraw this motion in light of the filing on June 14, 2019 of "Plaintiffs' Withdrawal of Jury Demand Pursuant to Rule 38(d) with the Consent of the Defendants; And Stipulation of All Parties Pursuant to Rule 39(a)(1) That All Claims Be Tried to the Court and Not to a Jury" ECF No. 543, which renders this motion moot.

Dated: June 17, 2019

                        Respectfully submitted,

                        /s/ Edward F. Haber
                        Edward F. Haber (BBO# 215620)
                        Michelle H. Blauner (BBO# 549049)
                        Ian McLoughlin (BBO #647203)
                        Adam M. Stewart (BBO# 661090)
                        Patrick J. Vallely (BBO# 663866)
                        Jonathan F. Dinerstein (BBO# 696004)
                        Shapiro Haber & Urmy LLP
                        Two Seaport Lane
                        Boston, MA 02210
                        Telephone: (617) 439-3939
                        Facsimile: (617) 439-0134
                        ehaber@shulaw.com
                        mblauner@shulaw.com
                        imcloughlin@shulaw.com
                        astewart@shulaw.com
                        pvallely@shulaw.com
                        jdinerstein@shulaw.com

                        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the this document was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 14, 2019.

                        **/s/ Edward F. Haber**
                        Edward F. Haber