UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MALDEN TRANSPORTATION, INC. et al, <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC. and RASIER, LLC, <br><br> Defendants. | C.A. No.  1:16-cv-12538-NMG <br><br> consolidated with: <br> C.A. No. 1:16-cv-12651-NMG; <br> C.A. No. 1:17-cv-10142-NMG; <br> C.A. No. 1:17-cv-10180-NMG; <br> C.A. No. 1:17-cv-10316-NMG; <br> C.A. No. 1:17-cv-10598-NMG; and <br> C.A. No. 1:17-cv-10586-NMG |

**DECLARATION OF ELIZABETH M. WRIGHT IN SUPPORT OF UBER'S REQUEST FOR JUDICIAL NOTICE**

I, Elizabeth M. Wright, state under penalty of perjury, that the foregoing is true and correct:

1.      I am an attorney at the law firm of Cooley LLP, counsel for Uber Technologies, Inc. and Rasier LLC (collectively, "Uber") in the above-captioned action.  I am familiar with the proceedings in this case.

2.      Attached hereto as Exhibit A, Tab 1 is a true and correct copy of the City of Boston Taxi Consultant Report, available at https://www.cityofboston.gov/mayor/pdfs/bostaxiconsultant.pdf.

3.      Attached hereto as Exhibit A, Tab 2 is a true and correct copy of a recording from WGBH of an interview with Boston Mayor Martin J. Walsh dated May 23, 2014 and available at https://www.wgbh.org/news/post/bpr-mayor-marty-walsh-leonard-nimoy-emily-rooney-friday-news-quiz. Defendants will provide a copy in digital format.

4.      Attached hereto as Exhibit A, Tab 3 is a true and correct copy of the Amended Complaint, *Boston Cab Dispatch v. Uber*, 13-cv-10769 (D. Mass. July 8, 2014).

5.      Attached hereto as Exhibit A, Tab 4 is a true and correct copy of an Executive Order from Mayor Martin J. Walsh, dated July 14, 2014, and available at https://www.cityofboston.gov/ intergovernmental/taxiadvisory.asp.

6.      Attached hereto as Exhibit A, Tab 5 is a true and correct copy of a Boston Globe article dated July 15, 2014, and available at https://www.bostonglobe.com/metro/2014/07/14/for-cab-drivers-change-slow-come-city-taxi-industry/uVYtaqu0zGGTfI6N7pXDjO/story.html.

7.      Attached hereto as Exhibit A, Tab 6 is a true and correct copy of a press release from The Massachusetts Department of Transportation dated December 10, 2014, and available at http://www.massdot.state.ma.us/main/tabid/1085/ctl/ detail/mid/2937/itemid/517/-MassDOT-and-MassRMV-to-Hold-Public-Hearing-on-Proposed-Amendments-to-Vehicle-Registration-Requirements-.aspx.

8.      Attached hereto as Exhibit A, Tab 7 is a true and correct copy of a Boston Globe article dated January 3, 2015, and available at https://www.bostonglobe.com/metro/2015/01/03/state-takes-major-step-regulating-ride-share-companies-such-uber lyft/ eQKKXBZaW9km1MlRa09inN/story.html.

9.      Attached hereto as Exhibit A, Tab 8 is a true and correct copy of the Memorandum in Support of Plaintiffs' Emergency Motion for Preliminary Injunction, *BTOA v. City of Boston, et al.*, Case No. 15-cv-10100-NMG, Dkt. 4 (D. Mass. Jan. 16, 2015).

10.     Attached hereto as Exhibit A, Tab 9 is a true and correct copy of the Complaint, *BTOA v. City of Boston, et al.*, 15-cv-10100, Dkt. 1 (D. Mass. Jan. 16, 2015).

11.     Attached hereto as Exhibit A, Tab 10 is a true and correct copy of a Boston Globe article dated January 17, 2015, and available at https://www.bostonglobe.com/metro/

2015/01/17/boston-taxi-owners-sue-city-boston-over-allowing-uber-and-lyft-

operate/GpP1b0fXLPOFvQJADU0fjO/story.html.

12.     Attached hereto as Exhibit A, Tab 11 is a true and correct copy of the Affidavit of

Christopher English, *BTOA v. City of Boston, et al.*, Case No. 15-cv-10100-NMG, Dkt. 20-2 (D.

Mass. Jan. 26, 2015).

13.     Attached hereto as Exhibit A, Tab 12 is a true and correct copy of Defendant City

of Boston and Defendant William Evans' Memorandum of Law in Opposition to Plaintiffs'

Emergency Motion for Preliminary Injunction, *BTOA v. City of Boston*, et al., Case No. 1-15-cv-

10100-NMG, Dkt. 20 (D. Mass. Jan. 26, 2015).

14.     Attached hereto as Exhibit A, Tab 13 is a true and correct copy of a press release

from the Office of the Governor of Massachusetts, dated February 4, 2015, and available at

https://www.mass.gov/ news/baker-polito-administration-issues-notice-on- transportation-

network-companies-tncs-in:

15.     Attached hereto as Exhibit A, Tab 14 is a true and correct copy of a Memorandum

and Order from *BTOA v. City of Boston, et al.*, Case No. 15-cv-10100-NMG, Dkt. 26 (D. Mass.

Feb. 5, 2015).

16.     Attached hereto as Exhibit A, Tab 15 is a true and correct copy of a press release

from the Office of the Governor of Massachusetts dated April 24, 2015, and available at

https://www.mass.gov/news/baker-administration-acts-to-embrace-transportation-innovation-

and-strengthen-public-safety:.

17.     Attached hereto as Exhibit A, Tab 16 is a true and correct copy of Defendant City

of Boston's Motion to Dismiss, *BTOA v. City of Boston, et al.*, Case No. 15-cv-10100-NMG,

Dkt. 39 (D. Mass. May 15, 2015).

18.     Attached hereto as Exhibit A, Tab 17 is a true and correct copy of Defendant William Evans' Memorandum of Law in Support of His Motion to Dismiss Plaintiffs' Amended Complaint, *BTOA v. City of Boston, et al.*, Case No. 15-cv-10100-NMG, Dkt. 41 (D. Mass. May 15, 2015).

19.     Attached hereto as Exhibit A, Tab 18 is a true and correct copy of Defendant City of Boston's Opposition to Plaintiffs' Renewed Motion for Preliminary Injunction, *BTOA v. City of Boston, et al.*, Case No. 1-15-cv-10100-NMG, Dkt. 57 (D. Mass. Sept. 9, 2015).

20.     Attached hereto as Exhibit A, Tab 19 is a true and correct copy of a video recording of the Joint Committee on Financial Services hearing, dated September 15, 2015, and available at https://malegislature.gov/Events/Hearings/Detail/2218. Defendants will provide a copy to the Court in digital format.

21.     Attached hereto as Exhibit A, Tab 20 is a true and correct copy of the Memorandum and Order, *BTOA v. City of Boston, et al.*, Case No. 1-15-cv-10100-NMG, Dkt. 66 (D. Mass. Mar. 31, 2016).

22.     Attached hereto as Exhibit A, Tab 21 is a true and correct copy of the Plea Agreement of Edward J. Tutunjian, filed on August 11, 2016 by the United States Attorney for the District of Massachusetts in *United States v. Edward J. Tutunjian*, 1:16-cr-10225-DPW, Dkt. 2 (August 2, 2016).

23.     Attached hereto as Exhibit A, Tab 22 is a true and correct copy of the Stipulation of Dismissal with Prejudice, *Boston Cab Dispatch v. Uber*, 13-cv-10769, Dkt. 140 (D. Mass. July 12, 2016).

24.     Attached hereto as Exhibit A, Tab 23 is a true and correct copy of the Second Amended Complaint, *BTOA v. City of Boston, et al*., Case No. 15-cv-10100-NMG, Dkt. 91 (D. Mass. Dec. 21, 2016).

25.     Attached hereto as Exhibit A, Tab 24 is a true and correct copy of a newspaper article from Masslive.com, dated August 5, 2016, available at https://www.masslive.com/ politics/2016/08/gov_charlie_baker_signs_law_regulating_uber_and_lyft_in_massachusetts.html

26.     Attached hereto as Exhibit A, Tab 25 is a true and correct copy of Defendants' Status Report, *BTOA v. City of Boston, et al*., Case No. 15-cv-10100-NMG, Dkt. 96 (D. Mass. Dec. 21, 2016).

27.     Attached hereto as Exhibit A, Tab 26 is a true and correct copy of the Memorandum and Order, *BTOA v. City of Boston, et al*., Case No. 15-cv-10100-NMG, Dkt 107 (D. Mass. Dec. 21, 2016).

28.     Attached hereto as Exhibit A, Tab 27 is a true and correct copy of the Press Release from the Office of the Governor of Massachusetts, dated August 5, 2016, available at https://www.mass.gov/news/ governor-baker-signs-legislation-supporting-innovative-transportation-options.

29.     Attached hereto as Exhibit A, Tab 28 is a true and correct copy of a tweet from Governor Charlie Baker's official Twitter account, dated August 15, 2012, available at https://twitter.com/MassGovernor/status/235863296375418880.

30.     Attached hereto as Exhibit A, Tab 29 is a true and correct copy of Plaintiffs' Motion to Amend, *Boston Cab Dispatch v. Uber*, 13-cv-10769, Dkt. 85 (D. Mass. Feb. 6, 2015).

31.     Attached hereto as Exhibit A, Tab 30 is a true and correct copy of the Order on Plaintiffs' Motion to Amend, *Boston Cab Dispatch v. Uber*, 13-cv-10769, Dkt. 89 (D. Mass. Mar. 6, 2015).

32.     Attached hereto as Exhibit B is a true and correct copy of the Affidavit of Eric Brass, dated June 14, 2019, which authenticates the WGBH recording attached as Exhibit A, Tab 2.

I declare the foregoing under penalty of perjury this 15th day of July, 2019.


/s/ *Elizabeth M. Wright*
Elizabeth M. Wright

**<u>CERTIFICATE OF SERVICE</u>**

IT IS HEREBY CERTIFIED that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 15, 2019.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright
