UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MALDEN TRANSPORTATION, INC. et al,<br><br>    Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and<br>RASIER, LLC,<br><br>    Defendants. | C.A. No.  1:16-cv-12538-NMG<br><br>consolidated with:<br>C.A. No. 1:16-cv-12651-NMG;<br>C.A. No. 1:17-cv-10142-NMG;<br>C.A. No. 1:17-cv-10180-NMG;<br>C.A. No. 1:17-cv-10316-NMG;<br>C.A. No. 1:17-cv-10598-NMG; and<br>C.A. No. 1:17-cv-10586-NMG |

**DEFENDANTS UBER TECHNOLOGIES, INC.'S AND RASIER, LLC'S
RULE 52(c) MOTION FOR JUDGMENT ON PARTIAL FINDINGS**

Pursuant to Federal Rule of Civil Procedure 52(c) Defendants Uber Technologies, Inc. and Rasier, LLC (collectively "Uber") hereby move this Court to enter judgment against Plaintiffs on all of their claims.

For the reasons set forth in the accompanying memorandum of law, the Court should grant Uber's Motion for Judgment on Partial Findings, and enter judgment against Plaintiffs on all of their claims.

Dated: July 30, 2019

Respectfully submitted,

UBER TECHNOLOGIES, INC. AND RASIER, LLC

By Their Attorneys,

/s/ Michael N. Sheetz
Michael N. Sheetz (BBO #548776)
Luke T. Cadigan (BBO #561117)
Adam S. Gershenson (BBO #671296)
Timothy W. Cook (BBO# 688688)
Cooley LLP
500 Boylston Street
Boston, MA 02116
Tel.: (617) 937-2300
Fax: (617) 937-2400
msheetz@cooley.com
lcadigan@cooley.com
agershenson@cooley.com
tcook@cooley.com

Beatriz Mejia (*pro hac vice*)
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Tel: (415) 693-2000
Fax: (415) 693-2222
mejiab@cooley.com

BOIES SCHILLER FLEXNER LLP
Karen Dunn (*pro hac vice*)
Meredith R. Dearborn (*pro hac vice*)
Stacey K. Grigsby (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
kdunn@bsfllp.com
mdearborn@bsfllp.com
sgrigsby@bsfllp.com

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Elizabeth M. Wright, Esq., hereby certify that pursuant to Local Rule 7.1(a)(2), counsel for Defendants conferred in good faith with counsel for Plaintiffs before filing this Motion in an attempt to resolve or narrow this issue. The parties have been unable to resolve or narrow the issue.

/s/ Elizabeth M. Wright

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 30th day of July, 2019, the foregoing document was filed through the ECF system and will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

/s/ Elizabeth M. Wright
Elizabeth M. Wright