United States District Court
District of Massachusetts

| | |
|---|---|
| Malden Transportation, Inc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Uber Technologies, Inc. and Rasier, LLC, <br><br> Defendants. | Civil Action No. 16-12538-NMG <br><br> consolidated with: <br> 16-12651-NMG <br> 17-10142-NMG <br> 17-10180-NMG <br> 17-10316-NMG <br> 17-10598-NMG <br> 17-10586-NMG |

SETTLEMENT ORDER of DISMISSAL

GORTON, J.

The Court having been advised by the parties today, Wednesday, March 11, 2020, that 1) the only remaining issue in the consolidated action is the approval of the bankruptcy court of the settlement of three plaintiffs in Gill & Gill, Inc. et al v. Uber Technologies, Inc., Case No. 1:16-cv-12651-NMG, that have filed for bankruptcy, and 2) the action is otherwise entirely resolved:

It is hereby **ORDERED** that this action is **DISMISSED** without prejudice to reconsideration and possible reopening if within 60 days either party files a motion to reopen representing that the bankruptcy court approval process has not yet been completed

- 1 -

and, accordingly, there is good cause for the parties to have failed to finalize settlement. See, e.g., Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

If no such motion is filed within 60 days of this Order, the case may be reopened only upon a motion pursuant to Federal Rule of Civil Procedure 60 and in compliance with Local Rule 7.1(b)(1).

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated March 11, 2020